UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

DERIC A. ASHLEY

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-730 (GHL)

 Seth Buchman, Esq. 
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 2 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of Marijuana, in violation of Title 21 United States Code, Section(s) 844 (a).

**DATE OFFENSE CONCLUDED: November 14, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1000.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $1025.00. The initial payment of $525.00 is payable no later than June 15, 2009 and the final payment of $500.00 is payable no later than September 15, 2009. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** count 1 the Information is dismissed on motion of the United States.

March 11, 2009
Date of Imposition of Sentence

March 13, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge